# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-2902
_____

DERRICK ALLEN,

    Appellant,

    v.

R.M. SCORE, Senior Clerk, T.R.
WASHINGTON, Senior Class
Officer, J.N. BEEN, Lieutenant,
MICHAEL BOOKER, Acting
Warden, and RICHARD D.
COMERFORD, Superintendent,
Santa Rosa Correctional
Institution, and JULIE L. JONES,
Secretary, Florida Department
of Corrections,

    Appellees.

_____

On appeal from the Circuit Court for Leon County.
Karen Gievers, Judge.

August 1, 2018

PER CURIAM.

Appellant challenges the trial court's order dismissing his action against Appellees in which he alleged that he was wrongfully disciplined at his correctional institution. The court dismissed the action with prejudice for a number of reasons,

including the failure to state a cause of action for damages in tort, the untimeliness of the filing, res judicata and collateral estoppel, and immunity of the individual defendants. We affirm.

We additionally conclude that this appeal is frivolous. Accordingly, the Clerk of this Court is directed to provide a certified copy of this opinion to the Department of Corrections for referral to the appropriate institution for disciplinary procedures. *See* § 944.279, Fla. Stat. (providing that a prisoner who is found by a court to have brought a frivolous suit, action, claim, proceeding, or appeal is subject to disciplinary procedures pursuant to the rules of the Department of Corrections).

AFFIRMED.

RAY, KELSEY, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Derrick Allen, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Kenneth S. Steely, Assistant Attorney General, Tallahassee, for Appellees.

2